In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00239-CV
_____

**GULF COAST PRECISION DRYWALL, INC., JOE CONNELL, AND
SUSAN CONNELL, Appellants**

**V.**

**ROBERT L. GORDON JR., Appellee**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 14-05-05923 CV**

**MEMORANDUM OPINION**

The appellants, Gulf Coast Precision Drywall, Inc., Joe Connell, and Susan Connell, filed a motion to dismiss this appeal after the trial court granted their motion for new trial. *See* Tex. R. Civ. P. 329b(e). The motion is voluntarily made by the appellants prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 12, 2015
Opinion Delivered August 13, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.